No. 98–8711. TYLER ET AL. *v.* MORIARTY, JUDGE, CIRCUIT COURT OF MISSOURI, CITY OF ST. LOUIS, ET AL. C. A. 8th

Cir. Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [526 U. S. 1143] denied.